[No. 68075-7-I. Division One. November 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT BENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02760-7, Susan J. Craighead, J., entered December 9, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Grosse and Appelwick, JJ.

[No. 68946-1-I. Division One. November 12, 2013.]

JULIA MCCORD ET AL., *Appellants*, v. CMDG INVESTMENTS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-03124-8, Linda C. Krese, J., entered June 6, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 69064-7-I. Division One. November 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JARRAY FRANSISCUS WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08125-3, Joan E. DuBuque, J., entered July 17, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 69102-3-I. Division One. November 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR EUGENE BUZZELLE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 12-1-00012-4, Alan R. Hancock, J., entered July 5, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Becker, J.